396 A.2d 829

Commonwealth v. Yeckley, Appellant.

Argued October 23, 1978. Robert B. Truel, for appellant; Leo M. Dillon, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.